# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Gilbert Demetrius Aguilar,

    Petitioner

v.

T. Thomas, et al.,

    Respondents

Case No.: 2:18-cv-01567-JAD-CWH

**Order Dismissing Petition**

[ECF Nos. 1-1, 4, 5]

    Petitioner Gilbert Demetrius Aguilar has not properly commenced this 28 U.S.C. § 2254 action by paying the filing fee or filing a complete *in forma pauperis* application.[1] Plus, because the petition is second or successive, this court lacks jurisdiction to consider it. I dismiss this petition on both grounds and without prejudice.

    Aguilar brings this petition to challenge a judgment of conviction entered on January 9, 1998, in Case No. 96C138024-2 in the Eighth Judicial District Court.[2] He acknowledges that he previously challenged this same judgment of conviction in Case No. 3:12-cv-00397-MMD-WGC.[3] In that case, the court entered an order and judgment denying the petition on its merits on July 10, 2018. Aguilar has not appealed that decision.

    Under 28 U.S.C. § 2244(b)(3), before a petitioner may file a second or successive petition, he must move in the court of appeals for an order authorizing the district court to consider the petition. A federal district court does not have jurisdiction to entertain a successive

---

[1] LSR 1-1 & 1-2. More than a week after initiating this action without an application to proceed *in forma pauperis*, petitioner filed a financial certificate. *See* ECF No. 3. He did not file and has not filed either an application to proceed *in forma pauperis* or his monthly inmate account statements for the past six months. His request to proceed *in forma pauperis* is therefore still deficient.

[2] ECF No. 1-1 at 1.

[3] *Id.* at 2.

petition absent such permission.[4] Because Aguilar seeks to challenge his custody under the same judgment of conviction that he previously challenged in his 2012 case, which was decided on its merits, this new petition constitutes a second or successive petition that requires appellate-court permission to commence. Aguilar does not indicate that he has received authorization from the Court of Appeals to file this second or successive petition, and the records of the Court of Appeals do not reflect that he has sought to obtain any such authorization. So this court lacks jurisdiction over this instant petition, and it must be dismissed as successive.

Petitioner has also filed a motion for appointment of counsel and motion for evidentiary hearing.[5] Because I lack jurisdiction to consider the petition and I am dismissing this petition on that basis, I deny both motions as moot.

IT THEREFORE IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE;

IT IS FURTHER ORDERED that the petitioner is denied a certificate of appealability because jurists of reason would not find my dismissal of this petition on procedural and jurisdictional grounds to be debatable or wrong;

IT IS FURTHER ORDERED that the motion for appointment of counsel and the motion for evidentiary hearing **[ECF Nos. 4, 5] are DENIED**; and

The Clerk of Court is directed to FILE the petition [ECF No. 1-1], ENTER final judgment accordingly, and close this case.

Dated: September 5, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] *E.g., Burton v. Stewart*, 549 U.S. 147, 149 & 152 53 (2007).

[5] ECF Nos. 4 & 5.